UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN PAYNE, | CASE NO. ED CV 14-1233-RT (PJW) |
| Petitioner, | |
| v. | JUDGMENT |
| A.M. GONZALEZ (WARDEN), | |
| Respondent. | |

Pursuant to the Order Dismissing Second or Successive Habeas Corpus Petition,

IT IS ADJUDGED that the Petition is denied and this action is dismissed.

DATED: 8/15/14

ROBERT J. TIMLIN
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\PAYNE, A 1233\Judgment.wpd